**J. J. Bauer et al., appellees, v. City of Chicago, appellant. Gen. No. 29,482.**

Bill to enjoin enforcement of city ordinance. Interlocutory order granted. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 27, 1924.

Francis X. Busch, Corporation Counsel, for appellant; Leon Hornstein and Albert H. Veeder, Assistant Corporation Counsel, of counsel. Fyffe & Clarke, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**City of Chicago, appellee, v. T. C. Dube, trading as Grand Crossing Boiler Works, appellant. Gen. No. 28,706.**

Action to recover penalty for violation of ordinance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed October 30, 1924.

Edward J. Queeny, for appellant. Francis X. Busch, Corporation Counsel, and Samuel E. Pincus, Prosecuting Attorney, for appellee; Eliot H. Evans, Chief Assistant Prosecuting Attorney, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Acme Petroleum Company, appellant, v. Western Oil Corporation, appellee. Gen. No. 28,722.**

Action upon account. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. James O'Toole, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and judgment here. Opinion filed October 30, 1924.

Alden, Latham & Young, for appellant; Charles Martin, of counsel. Charles S. Graves, for appellee; Ossian Cameron, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Mary Haven and Margaret Haven, administratrices of the estate of Margaret Haven, deceased, defendants in error, v. John Travnicek and Frank C. Skale, plaintiffs in error. Gen. No. 28,737.**

Action for death by wrongful act. Judgment for plaintiffs. Error to the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Chas. G. Hendricks, for plaintiffs in error; William T. Pridmore, of counsel. Sinden & Hassell, for defendants in error; Robert J. Slater, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.